William J. Flynn, S.B. # 95371
Benjamin K. Lunch, S.B. # 246015
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA  94104
Phone: (415) 677-9440
FAX:   (415) 677-9445
Email:  blunch@neyhartlaw.com

Attorneys for Plaintiff Kerry Walls

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PJH**

C 08 0224

| | |
|---|---|
| KERRY WALLS, | COMPLAINT FOR VIOLATION OF FAMILY AND MEDICAL LEAVE ACT and DENIAL OF DUE PROCESS |
|     Plaintiff, | |
|     v. | |
| CENTRAL CONTRA COSTA TRANSIT AUTHORITY, | DEMAND FOR JURY TRIAL |
|     Defendant. | |

FACTS COMMON TO ALL CLAIMS

PLAINTIFF, KERRY WALLS, alleges as follows:

1.    Plaintiff Kerry Walls is a resident of California.  At all relevant times, he was employed as a Bus Driver for Defendant CENTRAL CONTRA COSTA TRANSIT AUTHORITY (hereafter "CCCTA") working out of its location in Concord, Contra Costa County, California. He has worked as a bus driver for CCCTA since approximately 1995.

2.    Defendant CCCTA is believed to be a joint-powers agency of certain California local political entities, including the County of Contra Costa and cities in Contra Costa County.  It is a local public entity which operates a public transportation

- 1 -
COMPLAINT & DEMAND FOR JURY TRIAL

CA401755.N08
17281080111
92453

system in Contra Costa county.

3.    On or about January 20, 2006, CCCTA proposed to terminate Mr. Walls for alleged poor attendance.

4.    In February or March 2006, CCCTA decided to change the proposed termination to a "last chance agreement."

5.    A meeting was held between Mr. Walls, his union representative(s) and an agent of CCCTA, Ms. Lisa Rettig, on or about March 1, 2006 in Concord, California.  Ms. Rettig was advised by Mr. Walls that he had a doctor's note which explained his absences and would not allow him to return to full duties until April.  Ms. Rettig refused to accept the note and advised Mr. Walls that he would lose his job unless he signed a "last chance agreement" that day promising to begin work immediately and severely limiting his missing work in the future due to sickness.

6.    At all relevant times, Mr. Walls suffered from a serious health condition within the meaning of 29 U.S.C. § 2612.

7.    Mr. Walls was required to report for work on March 3, 2006 at a particular time.  He was unable to do so because of his serious health condition.

8.    After his failure to report to work on March 3, 2006, CCCTA terminated the employment of Mr. Walls.  It did so without granting him either a pre-termination or post-termination hearing.

## FIRST CLAIM

(FMLA - 29 U.S.C. §§ 2601, et seq.)

9.    Plaintiff hereby incorporates by reference all the allegations of paragraphs 1 through 8 above as if set out in full.

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

COMPLAINT & DEMAND FOR JURY TRIAL

CA401755.N08
17228|1080111
92453

10.   At all times relevant, Plaintiff met the definition of "eligible employee" pursuant to 29 U.S.C. § 2611(2)(A).

11.   The actions of Defendant constitutes a violation of 29 U.S.C. § 2615 and plaintiff is entitled to the remedies provided by law for such a violation.   As a result, Jurisdiction exists in this court under 28 U.S.C. §§ 1331.  Venue is appropriate in this court pursuant to 28 U.S.C. § 1391 as the Defendant resides in this judicial district and the events at issue occurred in this district.

### SECOND CLAIM

(Wrongful Termination in Violation of Public Policy)

12.   Plaintiff hereby incorporates by reference all the allegations of paragraphs 1 through 8 above as if set out in full.

13.   The actions of Defendant constituted a wrongful termination of Plaintiff, in violation of public policies, namely the public policy prohibiting discrimination and retaliation against employees eligible for family and medical leave pursuant to Gov. Code § 12945.2 and 29 U.S.C. §§ 2601 et seq.  The actions of Defendant also constituted a wrongful termination of Plaintiff in violation of the public policy prohibiting the termination of a public employee without due process of law, pursuant to Article I, § 7 and 15 of the California Constitution as well as the Fifth and Fourteenth Amendments of the federal Constitution.

14.   Jurisdiction exists under 28 U.S.C. §1367 as supplemental jurisdiction exists over this claim as it is based on a common nucleus of operative facts, to wit, the same

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080  SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

- 3 -

transaction or occurrence, i.e. the termination of Mr. Walls. Venue is appropriate in this court pursuant to 28 U.S.C. § 1391 as the Defendant resides in this judicial district and the events at issue occurred in this district.

### THIRD CLAIM

(42 U.S.C. § 1983)

15. Plaintiff hereby incorporates by reference all the allegations of paragraphs 1 through 8 above as if set out in full.

16. The actions of Defendant occurred under color of law and constituted a deprivation of constitutional rights protected by the federal constitution, including, but not limited to, the right under the Fifth and Fourteenth Amendments that no person shall be deprived of property without due process of law.

17. As a public employee, Plaintiff had a property interest in his job. That property interest was deprived without due process of law.

18. Such actions of Defendant constitute a violation of 42 U.S.C. § 1983 and Plaintiff is entitled to the remedies provided by law for such a violation.

19. Jurisdiction exists in this court under 28 U.S.C. §§ 1331 and 1343. Venue is appropriate in this court pursuant to 28 U.S.C. § 1391 as the Defendant resides in this judicial district and the events at issue occurred in this district.

### FOURTH CLAIM

(Denial of Due Process - California Constitution)

20. Plaintiff hereby incorporates by reference all the

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

CA401755.N08
1728;1080111
92453

allegations of paragraphs 1 through 8 above as if set out in full.

21.  The actions of Defendant constituted deprivation of constitutional rights protected by the California constitution, including, but not limited to, the right under Article I, Sections 7 and 15 that no person shall be deprived of property without due process of law.

22.  As a public employee, Plaintiff had a property interest in his job.  That property interest was removed without due process of law.

23.  Jurisdiction exists under 28 U.S.C. §1367 as supplemental jurisdiction exists over this claim as it is based on the same transaction or occurrence, i.e. the termination of Plaintiff by CCCTA.  Venue is appropriate in this court pursuant to 28 U.S.C. § 1391 as the Defendant resides in this judicial district and the events at issue occurred in this district.

//
//
//
//
//
//
//
//
//
//
//

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

COMPLAINT & DEMAND FOR JURY TRIAL

CA401755.N08
1728 1080111
92453

WHEREFORE, Plaintiff Kerry Walls prays for relief, via a judgment against Defendant, as follows:

1.    For an order compelling Plaintiff's reinstatement to his former position and an order compelling "make whole" relief;

2.    For damages, according to proof;

3.    For reasonable attorneys fees, according to proof,

4.    For costs of suit herein, and

5.    For such other and further relief as the Court deems just and proper.

Dated:   January 14, 2008

Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
William J. Flynn
Benjamin K. Lunch

Attorneys for Plaintiff Kerry Walls

COMPLAINT & DEMAND FOR JURY TRIAL

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

CA401755.N08
1728 1080111
92453

## DEMAND FOR JURY TRIAL

DEMAND FOR JURY TRIAL: Plaintiff, Kerry Walls, hereby demands trial by jury in this action.

Dated:   January 14, 2008

Respectfully submitted,

NEYHART, ANDERSON, FLYNN
  & GROSBOLL

By: _____
    William J. Flynn
    Benjamin K. Lunch

Attorneys for Plaintiff Kerry Walls

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080  SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

CA401755.NOB
17281080111
92453

- 7 -

COMPLAINT & DEMAND FOR JURY TRIAL