# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

KERRY WALLS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

CENTRAL CONTRA COSTA TRANSIT AUTHORITY

TO: (Name and address of defendant)

Central Contra Costa Transit Authority
2477 Arnold Industrial Way
Concord, CA 94520-5335

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William J. Flynn
Benjamin K. Lunch
Neyhart, Anderson, Flynn & Grosboll
44 Montgomery St, Suite 2080
San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1-14-08

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

| | |
|---|---|
| Attorney Or Party Without Attorney (Name and Address):<br>BENJAMIN K. LUNCH, ESQ. (246015)<br>NEYHART ANDERSON FREITAS FLYNN & GROSBOLL<br>44 Montgomery Street, Suite 2080<br>San Francisco, California 94104 | Telephone:<br>(415) 677-9440 |
| Attorneys for: KERRY WALLS | Ref. No. Or File No.<br>W2491022 |

FOR COURT USE ONLY

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
KERRY WALLS

Defendant:
CENTRAL CONTRA COSTA TRANSIT AUTHORITY

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 08-0224 PJH |
|---|---|---|---|---|

I, Ronald Marcus, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; ECF REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant        : CENTRAL CONTRA COSTA TRANSIT AUTHORITY

By Serving       : LISA DEREVYNIK, Administrative Assistant/Authorized to Accept Service of Process

Address          : 2477 Arnold Industrial Way , Concord, California
Date & Time      : Wednesday, January 30, 2008 @ 1:00 p.m.
Witness fees were : Not applicable.

Person serving:
Ronald Marcus
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 30, 2008        Signature: *Ronald Marcus*
                                         Ronald Marcus


Printed on recycled paper