UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KERRY WALLS

            Plaintiff(s),

v.

CENTRAL CONTRA COSTA
TRANSIT AUTHORITY
            Defendant(s).
_____/

Case No. C 08-0224 PJH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 4/3/08

_____
[Party]
Kerry Walls

_____
[Counsel]
Benjamin Lunch
Attorney for Kerry Walls

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

*ATTN: Ben Lynch*
*Fax # 415-677-9445*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**KERRY WALLS**

         Plaintiff(s),

v.

**CENTRAL CONTRA COSTA TRANSIT AUTHORITY**

         Defendant(s).

Case No. C 08-0224 PJH

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4-3-08

                                                                 [Party]
                                                                 Kerry Walls

Dated: _____

                                                                  [Counsel]
                                                                  Benjamin Lunch
                                                                  Attorney for Kerry Walls

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05