HANSON BRIDGETT LLP
PATRICK M. GLENN - 141604
pglenn@hansonbridgett.com
CHRISTINA LUINI - 238548
cluini@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
Central Contra Costa Transit Authority

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Kerry Walls,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Central Contra Costa Transit Authority,<br><br>　　　　　Defendant. | No. C 08-0224-PJH<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME** |

　　PLEASE TAKE NOTICE that the law firm of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP has changed its name to HANSON BRIDGETT LLP.  The office address, telephone and facsimile numbers remain the same.

DATED:  April 3, 2008                                              HANSON BRIDGETT LLP


                                                                              By:  /s/ Christina Luini
                                                                                    PATRICK M. GLENN
                                                                                    CHRISTINA LUINI
                                                                                    Attorneys for Defendant
                                                                                    Central Contra Costa Transit Authority

- 1 -

NOTICE OF CHANGE OF LAW FIRM NAME (CASE NO. C 08-0224-PJH)                                           1444052.1