UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: April 24, 2008         JUDGE: Phyllis J. Hamilton

Case No: C-08-0224 PJH

Case Name: Kerry Walls v. Central Contra Costa Transit Authority

Attorney(s) for Plaintiff:     Benjamin K. Lunch
Attorney(s) for Defendant:     Christina Luini

**Deputy Clerk**: Nichole Heuerman          **Court Reporter**: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 150 days.

**PRETRIAL SCHEDULE:**

Non-Expert Discovery cutoff:    1/5/09
Expert disclosure: 2/6/09; rebuttal: 2/23/09
Expert discovery cutoff: 4/30/09
Motions heard by: 3/25/09
Pretrial Conference:   7/2/09 at 2:30 p.m.
Trial: 7/27/09  at  8:30 a.m., for 6 days, by [x] Jury  [] Court

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file; ADR