# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Walls,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Central Contra Costa Transit Authority,<br><br>　　　　　Defendant(s). | 08-00224 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Laurence Paradis**
Disability Rights Advocates
2001 Center St., 3rd Fl.
Berkeley, CA 94704
510-665-8644

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00224 PJH MED　　　　　　　　　　　　- 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2   L.R. 6-7 shall NOT be filed with the court.

4   Dated: May 20, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov