| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | PATRICK M. GLENN - 141604 |
| 2 | pglenn@hansonbridgett.com |
| | MOLLY A. LEE - 232477 |
| 3 | mlee@hansonbridgett.com |
| | MARK C. GABEL - 253729 |
| 4 | mgabel@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 5 | San Francisco, CA  94105 |
| | Telephone:   (415) 777-3200 |
| 6 | Facsimile:    (415) 541-9366 |

Attorneys for Defendant
CENTRAL CONTRA COSTA TRANSIT AUTHORITY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KERRY WALLS, | No. C 08-0224 PJH |
| Plaintiff, | **SUBSTITUTION OF COUNSEL AT THE LAW FIRM OF HANSON BRIDGETT LLP** |
| v. | |
| CENTRAL CONTRA COSTA TRANSIT AUTHORITY, | |
| Defendant. | |

PLEASE TAKE NOTICE that the law offices of Hanson Bridgett LLP, attorneys of record for Defendant CENTRAL CONTRA COSTA TRANSIT AUTHORITY, hereby

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

- 1 -

SUBSTITUTION OF COUNSEL
(CASE #C 08-0224 PJH) C 08-0224 PJH

1634766.1


1  substitutes counsel MOLLY A. LEE and MARK C. GABEL for counsel CHRISTINA LUINI

2  for all purposes, including trial.

3  DATED:  September 26, 2008                                HANSON BRIDGETT LLP

5                                                                          By:/s/
6                                                                               PATRICK M. GLENN
                                                                                MOLLY A. LEE
7                                                                               MARK C. GABEL
                                                                                Attorneys for Defendant
8                                                                               CENTRAL CONTRA COSTA
                                                                                TRANSIT AUTHORITY



9/29/08

SUBSTITUTION OF COUNSEL
(CASE #C 08-0224 PJH) C 08-0224 PJH

1634766.1