1  NEYHART, ANDERSON, FLYNN & GROSBOLL
   WILLIAM J. FLYNN - 95371
2  BENJAMIN K. LUNCH - 246015
   blunch@neyhartlaw.com
3  44 Montgomery Street, Suite 2080
   San Francisco, CA  94104
4  Telephone:   (415) 677-9440
   Facsimile:    (415) 677-9445
5
6  Attorneys for Plaintiff
   KERRY WALLS
7
   HANSON BRIDGETT LLP
8  PATRICK M. GLENN - 141604
   pglenn@hansonbridgett.com
9  MOLLY A. LEE - 232477
   mlee@hansonbridgett.com
10 425 Market Street, 26th Floor
   San Francisco, CA  94105
11 Telephone:   (415) 777-3200
   Facsimile:    (415) 541-9366
12
   Attorneys for Defendant
13 CENTRAL CONTRA COSTA TRANSIT AUTHORITY

14              UNITED STATES DISTRICT COURT

15          FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 KERRY WALLS,                        No. C08-0224 PJH

18              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER REGARDING NON-EXPERT
19      v.                             DISCOVERY DEADLINE

20 CENTRAL CONTRA COSTA TRANSIT
   AUTHORITY,                          Action Filed:    July 7, 2008
21                                     Trial Date:      August 9, 2010
              Defendant.
22

23      It is hereby stipulated, by and between the parties hereto through their counsel of

24 record, that the non-expert discovery deadline of February 10, 2010 be continued by two

25 days to February 12, 2010.

26      Plaintiff noticed the deposition of Defendant's employee for January 27, 2010;

27 however, the deposition had to be moved because of scheduling conflicts.  The parties

28 were unable to reschedule the deposition immediately because the deponent was not

                                      - 1 -

1  reporting to work due to illness.  When defense counsel was able to contact the

2  deponent, the earliest date on which all parties were available was two days after the

3  non-expert discovery deadline.

4         For these reasons, the parties have stipulated to extend the non-expert discovery

5  deadline by two days and request the Court's approval pursuant to paragraph E of the

6  Court's Case Management and Pretrial Order, dated September 15, 2009.

7  DATED:  January 20, 2010          HANSON BRIDGETT LLP

8

9                                    By:  /s/ Molly A. Lee
                                     _____
10                                   MOLLY A. LEE
                                     Attorneys for Defendant Central Contra Costa Transit
11                                   Authority

12
   DATED:  January 20, 2010          NEYHART, ANDERSON, FLYNN & GROSBOLL
13

14                                   By: _____

15                                   BENJAMIN LUNCH
                                     Attorneys for Plaintiff Kerry Walls
16

17

18         **IT IS SO ORDERED:**

19

20  DATED: ___January 26___, 2010

21

22

23  HONORAB_____  _____ MILTON
    United States District Judge
24

25

26

27

28                                   - 2 -

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA