UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRY WALLS,

    Plaintiff(s),

    v.

CENTRAL CONTRA COSTA TRANSIT AUTHORITY,

    Defendant(s).
_____/

No. C 08-0224 PJH

**ORDER RE TAXATION OF COSTS**

    Plaintiff's motion for review of the Clerk's taxation of costs was before the court for hearing on July 7, 2010. Benjamin Lunch and William Flynn appeared for plaintiff and Molly Lee appeared for defendant. The court granted summary judgment in defendant's favor and entered judgment on April 26, 2010. On May 24, 2010, the costs were taxed to plaintiff in the amount of $4,793.81 and plaintiff filed an objection to this amount on May 28, 2010. The court having reviewed the papers and considered the arguments of both parties, GRANTS plaintiff's request to review the taxation and REDUCES the amount to ten percent of the amount requested – $479.00, for the reasons stated at the hearing in view of plaintiff's limited financial circumstances.

    The court furthermore STAYS payment of these costs pending resolution of plaintiff's appeal.

    **IT IS SO ORDERED.**

Dated: July 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge