UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRY WALLS,

        Plaintiff(s),

   v.

CENTRAL CONTRA COSTA TRANSIT AUTHORITY,

        Defendant(s).
_____/

No. C 08-0224 PJH

**ORDER SETTING CASE MANAGEMENT CONFERENCE FOR REMANDED CASE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The mandate of the Court of Appeals for the Ninth Circuit having been filed on August 26, 2011, a Case Management Conference shall be held on October 6, 2011, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Courthouse, 1301 Clay, Oakland, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss the course of future proceedings in this case. To that end, the parties shall first meet and confer and then they shall file a joint case management statement setting forth a proposal for the scheduling and resolution of the remaining issues. The statement shall be filed no later than seven (7) days prior to the conference.

**SO ORDERED.**

Dated: September 12, 2011

                                          _____
                                          PHYLLIS J. HAMILTON
                                          United States District Judge