1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    KERRY WALLS,

8

9         Plaintiff,                              No. C 08-0224 PJH

10        v.                                      **JUDGMENT**

11   CENTRAL CONTRA COSTA TRANSIT
     AUTHORITY,
12
          Defendant.
13   _____/

14        Following the court's grant of summary judgment in favor of defendant, the Ninth

15   Circuit's affirmance in part and reversal in part, and further proceedings on remand

16        it is Ordered and Adjudged

17        that judgment be entered in favor of defendant on plaintiff's claims for violation of the

18   Family and Medical Leave Act and for wrongful termination, and that judgment be entered

19   in favor of plaintiff on his claims for violation of his state and federal due process rights.

20   Plaintiff shall be awarded back pay from the date of his termination to the date of final

21   denial of his post termination grievance as a remedy for the former, and shall be awarded

22   nominal damages of $1.00 as a remedy for the latter.

23

24   **IT IS SO ORDERED**.

25   Dated: February 22, 2012

26

27   _____
     PHYLLIS J. HAMILTON
     United States District Judge
28