UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRY WALLS,

    Plaintiff,

    v.

CENTRAL CONTRA COSTA TRANSIT,

    Defendant.
_____/

No. C 08-0224 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for attorneys' fees.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

    IT IS SO ORDERED.

Dated: March 16, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J