1  William J. Flynn, State Bar No. 95371
   Benjamin K. Lunch, State Bar No. 246015
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104-6702
   Tel.    (415) 677-9440
4  Fax     (415) 677-9445
   Email: blunch@neyhartlaw.com
5
   **Attorneys for Plaintiff**
6

7
                    UNITED STATES DISTRICT COURT
8
                    NOTHERN DISTRICT OF CALIFORNIA
9

10 KERRY WALLS,                          Case No.   08-CV-0224 PJH

11          Plaintiff,
       v.
12                                       [~~proposed~~] **ORDER CONTINUING**
   CENTRAL CONTRA COSTA TRANSIT          **HEARING DATE**
13 AUTHORITY,

14          Defendant.

1  The Court having read and considered the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Defendant's Motion Re: the Report and Recommendation of the Magistrate Judge presently scheduled for 9:00 a.m. on June 20, 2012 is continued to 9:00 a.m. on July 11, 2012.

IT IS SO ORDERED.

Dated: 6/5/12     _____
U.S. DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW